UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.13- 60173-Cohn

UNITED STATES OF AMERICA

vs

FELIMON GUILLEN JR.

PRISONER#_____
LANGUAGE   English

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on    7-15-13    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address/ Custody:      in custody

DEFENSE COUNSEL:        Name:         FPD

                        Address:_____

                        Telephone:_____

BOND SET/CONTINUED:     $      Cont'd in custody

Bond hearing held: yes\_\_\_\_\_   no\_\_\_\_  Bond hearing set for_____

Dated this   15th   day of   July   ,2013.

STEVEN LARIMORE
CLERK OF COURT

By: _(signature)_
Deputy Clerk