## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FELIMON GUILLEN, JR. (J)#  CASE NO: 13-60173-CR-COHN
AUSA: Don Chase  *Present*  ATTY: FPD Daryl Wilcox  Jan Smith
AGENT: ___  VIOL: ___
PROCEEDING: ARRAIGNMENT  RECOMMENDED BOND: ___
BOND HEARING HELD - yes / no  COUNSEL APPOINTED: ___
BOND SET @: ___  To be cosigned by: ___

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. : ___
STATUS CONFERENCE:  7-30-13  11:00 am  HUNT
DATE: 7-15-13  TIME: 1:00pm  DAR 13:09:50  Begin: ___  End: ___

5 m

②