# COURT MINUTES – STATUS CONFERENCE

## U.S. MAGISTRATE JUDGE PATRICK M. HUNT – FORT LAUDERDALE, FLORIDA

DEFENDANT: Felimon Guillen, Jr.   (No Deft Needed)

CASE NO. 13-60173-cr-Cohn

AUSA: Donald Chase  *Jennifer Keene* ✓

ATTY: Daryl Wilcox ✓

- Discovery __2 submissions received; lab report will be provided in the next 2 weeks__
- Motions __None__
- Plea (Likely) / Unknown
- Trial __3__ Days
- ✓ Government is ready for trial
- Tapes _____
- Transcripts _____

**CCall 8/21/13; Trial 8/26/13

Date: 7/30/2013   Time: 11:00am   DAR 10:58:55   Min 5