DISTRICT OF FLORIDA

CASE NO. 13-60173-CR-COHN

JUDGE JAMES L. COHN

UNITED STATES OF AMERICA

VS.

Felimon Coullen

## CHANGE OF PLEA

On **8/28/13** the above named defendant appeared in person before the Honorable **JAMES L COHN**, United States District Judge, with **Beresford Landers** counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that **He** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) **I** of the (Indictment)/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(✓) The Court postponed sentencing until **11-8-13 @ 10:00 Am**
( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the U. S. Marshal Service until a bond in the amount of $_____ is approved and posted.
(✓) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge **JAMES L COHN**
Reporter _____
Courtroom Deputy **VALERIE THOMPKINS**