UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60173-CR-COHN

UNITED STATES OF AMERICA,

vs.

FELIMON GUILLEN,
a/k/a "Mexican Ben,"

        Defendant.
_____/

**STIPULATED FACTUAL PROFFER FOR GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant, personally and through his attorney, hereby submit this stipulated factual proffer to establish the Defendant's guilt of the charge set forth in Count 1 of the Indictment:

1. On or about June 27, 2013, detectives employed by the Broward County Sheriff's Office ("BSO") contacted an individual who was found in Wilton Manors, Broward County, Florida, to be in possession of approximately five (5) ounces of a substance that field tested positive for methamphetamine. A DEA analysis later conducted by a forensic chemist of this substance found the same to be 133.7 grams of methamphetamine. This individual waived their Miranda rights after advisement and identified the supplier of the methamphetamine as "Mexican Ben" during the interview done by BSO. This individual decided to cooperate with law enforcement by helping to investigate the supplier of the methamphetamine. A payment of $5,000.00 in United States currency or $1,000.00 per ounce was owed to "Mexican Ben" for the seized methamphetamine.

2. On or about June 28, 2013, at approximately 3:00 P.M., the cooperating individual met with Felimon Guillen, Jr., a/k/a "Mexican Ben" ("Guillen") at 2365 Pine Tree Drive in Miami Beach, Miami-Dade County, Florida. During a recorded meeting, Guillen received from the cooperating individual a monetary payment for the five (5) ounces of methamphetamine Guillen had provided or "fronted" on consignment to the cooperating individual. Additionally, Guillen delivered and "fronted" to the cooperating individual another approximately three (3) ounces of methamphetamine on consignment. A DEA analysis later conducted by a forensic chemist of this substance found the same to be 84.6 grams of methamphetamine. Guillen was subsequently arrested. After being advised and waiving his Miranda rights, Guillen confessed and signed a written form consenting to a search of his residence located at 2365 Pine Tree Drive, apartment 729 in Miami Beach, Miami Dade County, Florida and stated he was the sole resident. A search led to the discovery and seizure of equipment and supplies used to package drugs for resale (scales, a microscope and plastic bags), approximately $10,000.00 of U.S. currency, and methamphetamine scattered throughout apartment 729. A DEA analysis later conducted by a forensic chemist of the substances seized from Guillen's residence found the same to be 468.538 grams of methamphetamine. During his confession, Guillen admitted supplying the five (5) ounces of methamphetamine seized by BSO on the previous day, accepting United States currency as payment for money owed for the five (5) ounces of methamphetamine fronted or supplied on consignment, and to delivering an additional three (3) ounces of methamphetamine on consignment immediately prior to his arrest.

3. The total amount of methamphetamine attributable to Guillen is 686.838 grams.

4. By his signature below, the defendant verifies that:

A) he has read and understood the foregoing;

B) the stipulated factual record is true and correct;

C) he signs this document freely and voluntarily after he has received the advice of his counsel.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 8/28/13

By: *Donald F Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

Date: 8/28/13

By: *Beresford Landers*
BERESFORD A. LANDERS, JR.
ATTORNEY FOR THE DEFENDANT

Date: 8/28/13

By: *[signature]*
FELIMON GUILLEN
DEFENDANT