UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-60173-CR-COHN-SELTZER

UNITED STATES OF AMERICA,
          Plaintiff,

vs.

FELIMON GUILLEN, JR.,
          Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant Felimon Guillen, (hereinafter referred to as "defendant"):

1. On July 11, 2013, a federal grand jury returned an Indictment charging that Felimon Guillen, did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 and it further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

2. The Indictment (DE.#12) also included forfeiture allegations seeking the forfeiture pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, as the result of such violations, and any property which the defendant used or intended to use, in any manner or

part, to commit or to facilitate the commission of such violations, which has been determined to include:

    A.    Approximately $11,134.00 in United States currency seized from the defendant on June 28, 2013.

3. On August 28, 2013, defendant Guillen, pled guilty to the Indictment and signed a written plea agreement [DE #34], agreeing to forfeit all of his right, title and interest in property listed in paragraph 2.

Therefore, in consideration of the defendant's plea of guilty, written plea agreement consenting to forfeiture and upon motion of the United States and for good cause shown thereby, it is hereby

**ORDERED and ADJUDGED** that:

1. The property listed in paragraph 2 above belonging to the defendant is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853 and Rule 32.2 (b)(2).

2. The United States Marshals Service or any duly authorized law enforcement official, may seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853.

3. The United States shall publish notice of this Order in accordance with Federal Rule on Criminal Procedure 32.2(b)(6). The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; the

petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(k) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n)(7) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this Court will issue a final order of forfeiture, and the United States Drug Enforcement Administration, or any duly authorized law enforcement official, may dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 3rd day of September 2013.

/s/ James I. Cohn
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: counsel of record