UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   13-60173-CR-COHN

UNITED STATES OF AMERICA,

-vs-

FELIMON GUILLEN,

       Defendant.
_____/

## THE UNITED STATES OF AMERICA'S USSG §5K1.1 MOTION
## FILED ON BEHALF OF THE DEFENDANT TO REDUCE HIS SENTENCE

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, files this USSG §5K1.1 motion on behalf of the defendant to reduce his sentence below the applicable guideline range based upon substantial assistance he has provided to law enforcement.   Details of the cooperation provided by the defendant to law enforcement will be provided by the undersigned to the Court at the sentencing hearing.

WHEREFORE, based upon the assistance the defendant provided to law enforcement, the United States of America respectfully requests that this Court grant the instant USSG §5K1.1 motion.

       Respectfully submitted,

       WILFREDO A. FERRER
       UNITED STATES ATTORNEY

By:   *s/Donald F. Chase, II*
      DONALD F. CHASE, II
      ASSISTANT UNITED STATES ATTORNEY
      Court No. A5500077
      500 East Broward Boulevard, Suite 700
      Fort Lauderdale. Florida 33394
      Tel: (954) 660-5693
      Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of October 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY