SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: Felimon Guillen
CASE #: 13-60173-cr-COHN
JUDGE: JAMES I. COHN
Deputy Clerk: VALERIE THOMPKINS
DATE: 11-7-13
Court Reporter: Pauline Stipes
USPO: Alma Martinez
AUSA: Donald Chase
Deft's Counsel: Beresford Landers

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

___ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment: Years ___ Months 90 mths Counts I   Concurrently / Consecutively ___

Supervised Release: 5 Years as to Count I

DE 42 Government's motion for 5K1.1 is hereby Granted

Probation: Years ___ Months ___ Counts ___

Comments: Court Advised defendant of his Right to Appeal

Assessment $: 100.00   Fine $: 0   Restitution: 0

Government's ore tenus motion to dismiss remaining counts are hereby _____

___ Deportation  ___ Home Detention  ✓ Substance Abuse treatment  ___ Full time employment  ___ IRS cooperate
___ Self Employment  ___ Mental Health Treatment  ✓ Permissible search  ___ Financial Disclosure
___ No New Debt  ___ Community Service hours  ___ Child support  ___ Sex offender  ___ Anger control
___ Association prohibited  ___ Gambling treatment  ___ Computer conditions  ___ Travel conditions
___ Occupational restrictions  ___ Health care business restrictions  ___ Domestic violence  ✓ Forfeiture

**CUSTODY**

✓ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: Central District of California
500 Hour Drug Treatment Program